```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 45829
   RICKY R. BRIONES
   MELODY L BRIONES                             CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-0468      SSN XXX-XX-3755

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/07/05 and confirmed on 02/09/06.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  16450.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                            PAID            PAID
------------------------------------------------------------------------
GMAC PAYMENT CENTER        SECURED VEHIC      755.00           .00            755.00
JOLIET FURNITURE MART      SECURED            665.00           .00            665.00
AAM                        UNSECURED         6498.74           .00           6498.74
JEFFERSON CAPITAL SYSTEM   UNSECURED         1101.70           .00           1101.70
AT & T                     UNSECURED       NOT FILED           .00               .00
RESURGENT CAPITAL SERVIC   UNSECURED          672.44           .00            672.44
CAPITAL ONE BANK           UNSECURED          879.74           .00            879.74
J C PENNEY                 UNSECURED       NOT FILED           .00               .00
NICOR GAS                  UNSECURED          454.15           .00            454.15
PLAZA ASSOCIATES           UNSECURED       NOT FILED           .00               .00
GREAT SENECA               UNSECURED         2295.00           .00           2295.00
RISK MANAGEMENT ALTERNAT   UNSECURED       NOT FILED           .00               .00
         Summary of disbursements:
------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED       OTHER          TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED 1420.00          .00     11901.77         .00        13321.77
PRINCIPAL PAID     1420.00          .00     11901.77         .00        13321.77
INTEREST PAID          .00          .00          .00         .00             .00
TOTAL PAID         1420.00          .00     11901.77         .00        13321.77
```

The Debtor's attorney, RONALD D CUMMINGS               , was allowed $   2700.00
and was paid $    306.00   direct and $   2394.00   through the plan.

The Trustee received $     712.24 .

Refunds to the Debtor totaled $       21.99 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 10/08/08                         /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```